## Commonwealth *v.* Drumgold, Appellant.

Submitted March 24, 1975. *Cecil B. Moore,* for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,*

Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.